AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FIRST WEST LEASING, LTD,

                Plaintiff,

                v.

JOHN DOE, et al,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-13-161-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment entered dismissing the Complaint and the claims therein without prejudice and without costs or attorneys fees to any party. Case closed.

May 20, 2013  
*Date*

SEAN F. McAVOY  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer